UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, *et al., ex rel.* LINCE JACOB,

    Plaintiffs,

v.

WALGREEN BOOTS ALLIANCE, INC.,

    Defendant.
_____/

**No.: 8:20-cv-858-T-60TGW**

## JOINT NOTICE OF PARTIAL DISMISSAL

Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America and the relator Lince Jacob file this "Joint Notice of Partial Dismissal" in accord with the August 30, 2024, Settlement Agreement among the United States; the defendants Walgreens Boots Alliance, Inc., and Walgreen Co.; and the relator (the "Federal Settlement Agreement"), a copy of which is attached to this notice.

Specifically, the United States and Relator request an order as follows:

1.    The United States' claims as to the Covered Conduct defined in Paragraph H of the Federal Settlement Agreement are dismissed with prejudice pursuant to and consistent with the terms and conditions of the Federal Settlement Agreement, and any other claims against Walgreens are dismissed without prejudice.

2. Relator's claims in this action involving or on behalf of the United States, and as to the Covered Conduct defined in Paragraph H of the Federal Settlement Agreement, are dismissed with prejudice pursuant to and consistent with the terms and conditions of the Federal Settlement Agreement. Relator requests that his claims involving or on behalf of the State Plaintiffs[1] under their respective state false claims acts not be dismissed at this time.

3. As set forth in Paragraph L of the Federal Settlement Agreement, Walgreens has entered into, or will be entering into, separate settlement agreements (the "Medicaid State Settlement Agreements") with certain states (the "Medicaid Participating States") in settlement of the conduct released in those separate Medicaid State Settlement Agreements. The United States and Relator request, on behalf of counsel for the State Plaintiffs, that the Court not dismiss the State Plaintiffs' claims at this time.

4. The United States and Relator request that the Court retain jurisdiction to enforce the terms, conditions, and releases of the Federal Settlement Agreement, to the extent reasonably necessary and appropriate. Relator further requests that the Court retain jurisdiction over any disputes that may arise relating to Relator's reasonable expenses, attorney's fees, and costs, pursuant to 31 U.S.C. § 3730(d).

---

[1] The "State Plaintiffs" are Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and the District of Columbia.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ROGER HANDBERG
United States Attorney

/s/Lindsay S. Griffin
LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
United States Attorney's Office
Middle District of Florida
400 N. Tampa Street, Suite 3200
Tampa, Florida 333602
Tel.: (813) 274-6155
Fax: (813) 274-6198
E-mail: Lindsay.Griffin@usdoj.gov

JAMIE ANN YAVELBERG
PAUL R. PERKINS
SETH W. GREENE
Attorneys, Civil Division
United States Department of Justice
175 N Street, NE, 10th Floor
Washington, D.C. 20002
Tel.: (202) 353-4175
E-mail: Seth.Greene@usdoj.gov


/s/Paul Lawrence
William Paul Lawrence, II
Waters, Kraus, Paul & Siegel, LLP
37163 Mountville Road
Middleburg, Virginia 20117
(540) 687-6999
plawrence@waterskraus.com

*Counsel for Relator Lince Jacob*