**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* LINCE JACOB,

      Plaintiffs,

v.                                                                     Case No. 8:20-cv-858-TPB-TGW

WALGREEN BOOTS ALLIANCE, INC.,

      Defendant.

_____/

## <u>ORDER FOR PARTIAL DISMISSAL OF CLAIMS</u>

Upon consideration of the United States of America's and Relator Lince Jacob's "Joint Notice of Partial Dismissal" (Doc. 52), and pursuant to the terms of the August 30, 2024, Settlement Agreement (the "Federal Settlement Agreement") (Doc. 52-1) among the United States, Relator, Defendant Walgreens Boots Alliance, Inc., and Walgreen Co., it is hereby:

**ORDERED, ADJUDGED,** and **DECREED:**

1.     As to the United States, and consistent with and subject to the terms of the Federal Settlement Agreement, the claims asserted in the action against Walgreens that are included within the covered conduct, as described in the "Joint Notice of Partial Dismissal" and identified in paragraph H of the Federal Settlement Agreement, are dismissed with prejudice, and any other claims against Walgreens are dismissed without prejudice;

2.     As to Relator, and consistent with and subject to the terms of the Federal Settlement Agreement, the claims asserted in the action against Walgreens that are included within the covered conduct, as described in the "Joint Notice of Partial Dismissal" and identified in paragraph H of the Federal Settlement Agreement, are dismissed with prejudice, and any other claims against Walgreens involving or on behalf of the State Plaintiffs under their respective state false claims acts are not dismissed at this time;[1]

3.     The Court will retain jurisdiction over any dispute that may arise over compliance with such terms, including any dispute relating to Relator's reasonable expenses, attorney's fees, and costs, pursuant to 31 U.S.C. § 3730(d), and to enforce the terms and conditions of the Federal Settlement Agreement, to the extent necessary; and

4.     This Order does not affect any claims by the State Plaintiffs.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 20th day of September, 2024.

HON. THOMAS BARBER
UNITED STATES DISTRICT JUDGE

---

[1] The "State Plaintiffs" are Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, and the District of Columbia.